850

No. 89–93. ZOMBRO v. BALTIMORE CITY POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–94. WITTERS v. WASHINGTON DEPARTMENT OF SERVICES FOR THE BLIND. Sup. Ct. Wash. Certiorari denied.

No. 89–96. MILBURN, A MINOR, BY MILBURN, HIS FATHER AND NEXT FRIEND v. ANNE ARUNDEL COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–97. MIRRER v. SMYLEY, COMMISSIONER OF PROBATION. C. A. 2d Cir. Certiorari denied.

No. 89–99. MARJEC, INC. v. HOME & LOT OWNERS ASSOCIATION OF SHAWNEE-LAND, INC. C. A. 4th Cir. Certiorari denied.

No. 89–100. NEW JERSEY TRANSIT RAIL OPERATIONS, INC. v. FITCHIK ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–102. RIVERA DE FELICIANO ET AL. v. FARM CREDIT CORPORATION. C. A. 1st Cir. Certiorari denied.

No. 89–104. WOODFIELD v. RULE ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–105. ROBINSON v. QUICK ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–106. POSS, INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF POSS, ET UX. v. AZAR ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–108. KEHOE ET AL. v. DOBOS. Sup. Jud. Ct. Mass. Certiorari denied.